UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23803-CIV-LENARD/LOUIS

**VICTOR ARIZA**,

    Plaintiff,

vs.

**PALM BEACH WINE & SPIRITS, LLC.,**
**d/b/a HAMPTONS PALM BEACH,**
**a Florida limited liability company,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA, by and through his undersigned Counsel, and Defendant, PALM BEACH WINE & SPIRTIS, LLC, d/b/a HAMPTONS PALM BEACH, by and through undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file the necessary dismissal document, dismissing the case with prejudice.

Dated: December 28, 2022.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

**VASALLO, BILOTTA & DAVIS**
Counsel for Defendant
50 East Ocean Blvd., Suite 201
Stuart, Florida 34994
T. 772/221-8262, Ext. 221
772/221-9852 (Facsimile)
Email:  kip@vasallobilotta.com


By      *s/ Kip Davis*
       KIP DAVIS, ESQ.
       Fla. Bar No. 148921