UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23803-CIV-LENARD/LOUIS

**VICTOR ARIZA**,

    Plaintiff,

vs.

**PALM BEACH WINE & SPIRITS, LLC.,**
**d/b/a HAMPTONS PALM BEACH,**
**a Florida limited liability company,**

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  January 16, 2023

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com<br><br>By____*s/ Roderick V. Hannah*_____<br>      RODERICK V. HANNAH<br>      Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO**<br>**DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com<br><br>By ____*s/ Pelayo M. Duran*_____<br>      PELAYO M. DURAN<br>      Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of January, 2023, a true and correct of the foregoing was electronically filed and served via e-mail counsel or parties of record on the Service List below:

**Kip Davis, Esq.**
**VASALLO, BILOTTA & DAVIS**
Counsel for Defendant
50 East Ocean Blvd., Suite 201
Stuart, Florida 34994
Tel. 772/221-8262, Ext. 221
772/221-9852 (Facsimile)
Email:  kip@vasallobilotta.com

/s/ *Roderick V. Hannah*
      Roderick V. Hannah